O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GARY ANGELLO, | ) | Case No. EDCV 09-01354-VAP (SSx) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| DAN MENDEZ; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: September 23, 2009

VIRGINIA A. PHILLIPS
United States District Judge